UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION,<br><br>                                  Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES, INC.,<br><br>                                  Defendant. | Case No. 1:21-cv-03247 |

**DEFENDANT ABBOTT LABORATORIES'**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Abbott Laboratories[1] hereby states as follows:

1. Abbott Laboratories is a publicly held corporation. Abbott Laboratories does not have any parent corporation and no publicly held corporation owns 10% or more of Abbott Laboratories' stock.

Dated: December 10, 2021                By:    */s/ Jonathan D. Brightbill*
                                                                   Jonathan D. Brightbill (D.C. Bar 483956)
                                                                   JBrightbill@winston.com
                                                                   WINSTON & STRAWN LLP
                                                                   1901 L Street, N.W.
                                                                   Washington, D.C. 20036
                                                                   Tel. (202)-282-5855

                                                                   *Counsel for Abbott Laboratories*

---

[1] The proper party in interest in this matter is Abbott Laboratories, which is the entity named in the body of Plaintiff's Complaint; however, Plaintiff has named Abbott Laboratories, Inc. in the case caption of its Complaint. To the extent a disclosure is needed about Abbott Laboratories, Inc., it is a wholly-owned subsidiary of Abbott Laboratories.

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2021, the foregoing was served by U.S. mail on the following counsel and electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

    Julie T. Oliver-Zhang, Esq.
    Oliver-Zhang Law, PLLC
    810 New Hampshire Ave., NW
    Washington, DC 20037
    (202) 643-1110
    julie@oliverzhanglaw.com

*Counsel for Plaintiff*

By:    */s/ Jonathan D. Brightbill*
    Jonathan D. Brightbill
    D.C. Bar 483956
    JBrightbill@winston.com
    WINSTON & STRAWN LLP
    1901 L Street, N.W.
    Washington, D.C. 20036
    Tel. (202)-282-5855

    *Counsel for Abbott Laboratories*